BRUCE C. FUNK, ESQ.
California State Bar No. 122340
46 West Santa Clara Street
San Jose, California 95113
Telephone (408) 280-6488

Attorney for Defendant
JORGE ALEJANDRO HERNANDEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-10-00808 LHK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING PRETRIAL/STATUS CONFERENCE HEARING** |
| JORGE ALEJANDRO HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the undersigned that the Pretrial/Status Conference Hearing in the above-entitled case, currently scheduled for June 22, 2011 at 10:00 a.m., be vacated and rescheduled for July 20, 2011 at 10:00 a.m. Defense counsel has recently obtained the final documentation from the state court file. The information has been forwarded to Bradley Price, Assistant United States Attorney handling this matter. Due to the complexity of the issues surrounding guideline calculations and Mr. Price's recent illness, it will take additional time to finalize any potential plea agreement. Time shall be excluded from June 22, 2011 through and including July 20, 2011. Per 18 U.S.C. § 3161(h)(7)(A), the parties agree the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The reason for the finding is that failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, per 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: June 20, 2011                                     /s/
                                                                 BRUCE C. FUNK, ESQ.
                                                                 Attorney for Jorge Hernandez

Dated: June 20, 2011                                     /s/
                                                                 JEFFREY NEDROW, ESQ.
                                                                 Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties, it is hereby ordered that the Pretrial/Status Conference Hearing in the above-entitled case, previously scheduled for June 22, 2011 at 10:00 a.m., be vacated and rescheduled for July 20, 2011 at 10:00 a.m.  The Court excludes time from June 22, 2011 through and including July 20, 2011.  Per 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The reason for the finding is that failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, per 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated: June 20   , 2011                                  _Lucy H. Koh_____
                                                                 LUCY H. KOH
                                                                 United States District Judge