1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   BRADLEY D. PRICE (ILBN 6294571)
   Special Assistant United States Attorney
5
6    150 Almaden Boulevard
     San Jose, California 95113
     Telephone: (408) 535-5080
7    Facsimile:  (408) 535-5066
     Email: bradley.price@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,              )   No.   CR 10-00808 LHK
                                            )
15 |        Plaintiff,                      )   STIPULATION AND [PROPOSED]
                                            )   ORDER CONTINUING HEARING TO
16 |    v.                                  )   September 14, 2011 AND EXCLUDING
                                            )   TIME FROM August 24, 2011 THROUGH
17 | JORGE ALEJANDRO HERNANDEZ,             )   September 14, 2011 FROM THE SPEEDY
                                            )   TRIAL ACT CALCULATION
18 |        Defendant.                      )
                                            )
19 |_____)

20        The Parties, Jorge Alejandro Hernandez and the United States, acting through respective

21 counsel, hereby stipulate, subject to the Court's approval, that the hearing date currently set for

22 August 24, 2011 be continued to September 14, 2011 at 10:00 a.m.  The reason for the request is

23 that additional matters require further investigation by both parties.

24        The parties stipulate that the time between August 24, 2011 and September 14, 2011 is

25 excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

26 requested continuance would unreasonably deny counsel for the defense and the Government

27 reasonable time necessary for effective preparation, taking into account the exercise of due

28 diligence.  Finally, the parties agree that the ends of justice served by granting the requested

                                                 1

1  continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the
2  prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
3
4  DATED: August 23, 2011
5                                                         Respectfully submitted,
6
7                                                         MELINDA HAAG
                                                          United States Attorney
8
9                                                         ___/s/_____
                                                          BRADLEY D. PRICE
                                                          Special Assistant United States Attorney
10
11
12                                                        ___/s/_____
                                                          BRUCE FUNK
                                                          Attorney for Defendant
13

# [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for August 24, 2011 is hereby continued to September 14 at 10:00 a.m.  Further, the Court ORDERS that the time between August 24, 2011 and September 14, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny counsel for the defense and the government reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   August 23, 2011

_____
LUCY H. KOH
United States District Judge